IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRIAN EDWARD GLICK,**

    **Plaintiff,**

v.                                               Case No. 1:22-cv-328-AW-MAF

**L.J. CORBIN and J.C. LANIER,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Brian Glick sued two prison officials. He alleges First Amendment retaliation—specifically that the officials retaliated against him for his filing certain grievances. The officials moved to dismiss this action on two bases: first, that Glick did not exhaust his administrative remedies, and second, that he did not state a plausible First Amendment claim. I have considered the magistrate judge's report and recommendation (ECF No. 43) and have considered de novo both sides' objections (ECF Nos. 44, 45). I have now determined that the report and recommendation should be adopted, and I incorporate it into this order.[1]

---

[1] With one exception. I do not adopt the report and recommendation's discussion and conclusion regarding whether all alleged injuries were de minimis. It is enough to conclude, as the report and recommendation does, that there are not sufficient facts to plausibly show proximate causation between any non-de minimis injuries and any retaliatory actions.

1

The motion to dismiss (ECF No. 30) is GRANTED in part and DENIED in part. To the extent Plaintiff seeks compensatory damages, his claims are dismissed. Defendants must answer within 14 days. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on September 30, 2024.

s/ *Allen Winsor*
United States District Judge